SUBURBAN LAND IMPROVEMENT COMPANY, Respondent, *v.* THE BANKERS' SURETY COMPANY, Appellant, Impleaded with Others.

*Suburban Land Imp. Co.* v. *Bankers' Surety Co.,* 154 App. Div. 938, appeal dismissed.
(Submitted March 17, 1913; decided March 25, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, in an action to recover on a surety bond.

The motion was made upon the grounds that the findings of fact had been unanimously affirmed by the Appellate Division, that no questions of law were involved, and that the appeal had been taken for purposes of delay only.

*George S. Daniels* for motion.

*Edward J. Dowling* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.